IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| NUE CHEER FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:10cv495-MHT |
| | ) | (WO) |
| JUSTIN MATTHEW PARNELL, | ) | |
| ESQ., individually and in | ) | |
| his capacity as employee | ) | |
| of Parnell and Crum, P.A., | ) | |
| and PARNELL AND CRUM, P.A., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit against defendants, claiming relief under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for summary judgment should be denied and that defendants' motion for summary judgment should be granted.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record,

the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of January, 2011.


　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE