IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NUE CHEER FRANKLIN,            )
                               )
    Plaintiff,                 )
                               )
                               )    CIVIL ACTION NO.
    v.                         )      2:10cv495-MHT
                               )           (WO)
JUSTIN MATTHEW PARNELL,        )
ESQ., individually and in      )
his capacity as employee       )
of Parnell and Crum, P.A.,     )
and PARNELL AND CRUM, P.A.,    )
                               )
    Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 47) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 45) is adopted.

(3) Plaintiff's motion for summary judgment (doc. no. 41) is denied.

 (4) Defendants' motion for summary judgment (doc. no. 26) is granted.

 (5) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 7th day of January, 2011.

     /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE