IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NUE CHEER FRANKLIN,            )
                               )
     Plaintiff,                )
                               )
                               )    CIVIL ACTION NO.
     v.                        )      2:10cv495-MHT
                               )          (WO)
JUSTIN MATTHEW PARNELL,        )
ESQ., individually and in      )
his capacity as employee       )
of Parnell and Crum, P.A.,     )
and PARNELL AND CRUM, P.A.,    )
                               )
     Defendants.               )
```

## ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on December 2, 2011, wherein the final judgment of this court made and entered herein on January 7, 2011 (Doc. no. 50), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on January 12, 2012, and received in the office of the clerk of this court on January 12, 2012 (Doc. no. 58), it is the ORDER, JUDGMENT, and DECREE of

the court that the final judgment of this court made and entered on January 7, 2011 (Doc. no. 50), is continued in full force and effect.

DONE, this the 17th day of January, 2012.


　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE